IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHARLES WILEY                                                                                                        PLAINTIFF
ADC #176253

v.                                              3:20-cv-00376-DPM-JJV

BURSE, Officer, Mississippi County Jail; *et al.*                                                      DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to Chief United States District Judge D.P. Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact. Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

**DISPOSITION**

On November 19, 2020, Charles Wiley ("Plaintiff") filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983 alleging Defendants violated his constitutional rights. (Doc. 1.) On December 4, 2020, I ordered Plaintiff to either pay the filing fee in full or file an Application to Proceed *In Forma Pauperis*. (Doc. 2). I sent Plaintiff copies of the necessary forms and cautioned him I would recommend dismissal if he did not comply with my instructions within thirty days. (*Id.*)

1

Plaintiff has not responded to my Order, and the time to do so has expired. Because Plaintiff has not maintained a current address with the Clerk, it would be futile to grant him an extension of time to comply with my instructions. (Docs. 3, 4.) Accordingly, I recommend this case be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Complaint (Doc. 1) be DISMISSED without prejudice due to a lack of prosecution.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 6th day of January 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE