IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHARLES WILEY                                                       PLAINTIFF
ADC #176253

v.                           No. 3:20-cv-376-DPM-JJV

BURSE, Officer, Mississippi County Jail;
JONATHAN SPRINGER, Officer,
Mississippi County Jail; ASHLEY, Officer,
Mississippi County Jail; and SAYRE,
Officer, Mississippi County Jail                                 DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 5*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Wiley's complaint will be dismissed without prejudice due to lack of prosecution. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 January 2021