IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHARLES WILEY
ADC #176253                                                                  PLAINTIFF

v.                         No. 3:20-cv-376-DPM-JJV

BURSE, Officer, Mississippi County Jail;
JONATHAN SPRINGER, Officer,
Mississippi County Jail; ASHLEY, Officer,
Mississippi County Jail; and SAYRE,
Officer, Mississippi County Jail                                           DEFENDANTS

JUDGMENT

Wiley's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

27 January 2021